[No. 40698-5-II.   Division Two.   April 12, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID NIKOLAYEVSEH TRACHUK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01842-1, John P. Wulle, J., entered April 30, 2010. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 40938-1-II.   Division Two.   April 12, 2011.]

COWLITZ BANK, *Respondent*, v. MARK LEONARD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-2-02188-1, James E. Warme, J., entered June 7, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Van Deren, JJ. Now published at 162 Wn. App. 250.

[No. 28701-7-III.   Division Three.   April 12, 2011.]

ALPHONSO R. LEE, *Appellant*, v. YAKIMA VALLEY COMMUNITY COLLEGE, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-2-00897-4, David A. Elofson, J., entered January 25, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 29083-2-III.   Division Three.   April 12, 2011.]

*In the Matter of the Involuntary Treatment of* MICHAEL TABER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-6-00094-1, James M. Triplet, J. Pro Tem., entered May 10, 2010. *Dismissed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.